United States Bankruptcy Court
For the Eastern District of Pennsylvania

```
In re:                           :      Chapter 13
  DANIELLE   BRANDON
                                 :

Debtor(s)                        :      Bky. No.  0537635
```

CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

AND NOW comes William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to file an amended plan and/or schedules as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

Debtor(s) has/have failed to provide required documentation as to income and/or expenses and/or property valuation as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties, by announcement of such adjournment in Court on the date scheduled for the hearing or continued hearing.

WHEREFORE, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that the Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

Respectfully submitted,

/S/  William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee