United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                           :    Chapter 13
DANIELLE  BRANDON

Debtor(s)                                        :    Bankruptcy No.  0537635

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this      day of              , 200_ upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that   LAWRENCE S. RUBIN              counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

*Diane W. Sigmund  7/6/06*
Hon. Diane W. Sigmund
United States Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

LAWRENCE S. RUBIN
337 W STATE STREET

MEDIA    PA    190632615

Debtor(s)

DANIELLE  BRANDON
AKA DANIELLE MOBLEY
1570 ROOSEVELT DR
SHARON HILL   PA   19079