UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Danielle J. Brandon                          : Bky No 05-37635-dws

              Debtor                          : Chapter 13

### ORDER

AND NOW, this            day of                          , 2008, upon review of

debtor's counsel's application for counsel fees and costs, and upon certification of no objection by

counsel for the debtor, the Court hereby approves counsel fees in the amount of $3,000.00 and costs

in the amount of $15.00 to Lawrence S. Rubin, Esquire, of which $400.00 has been prepaid by the

debtor.  The trustee shall pay to counsel the remaining $2,615.00 owing.

_____
Bankruptcy Judge
9/15/08

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com